UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JEFFREY A. BRYAN,

        Plaintiff,

-vs-                                                Case No. 5:05-cv-94-Oc-10GRJ

BRANDON SPILLMAN,

        Defendant.
_____

## O R D E R

This case involves four counts under 42 U.S.C. § 1983 for alleged false arrest, excessive force, violations of the *pro se* Plaintiff's civil rights and violations of the Plaintiff's Fourth and Fifth Amendment Rights. Specifically, the Plaintiff alleges that the Defendant, a Marion County Deputy Sheriff, unlawfully detained and arrested him, conducted an unlawful search of his person, used excessive force during the search and arrest, and grabbed his genitals. Early on in the litigation, the Plaintiff filed a motion for summary judgment (Doc. 8), to which the Defendant responded and filed a cross-motion for summary judgment (Doc. 12). The Plaintiff has responded to the Defendant's cross-motion (Doc. 18), as well as to the Defendant's later-filed supplemental motion for summary judgment (Docs. 26, 27).

The Court referred these motions to the Magistrate Judge to conduct all necessary proceedings and to prepare a report and recommendation (Doc. 30). On June 5, 2006, the Magistrate Judge issued his report (Doc. 32), recommending that the Plaintiff's motion

for summary judgement be denied and that the Defendant's cross-motion and supplemental motion for summary judgment be granted. The Plaintiff filed objections to the report (Doc. 34), and the Defendant has filed its response to the Plaintiff's objections (Doc. 35). The Plaintiff's objections do not provide any persuasive argument in favor of rejecting the Magistrate Judge's well-reasoned, legally supported, and carefully articulated report and recommendation. Rather, the Plaintiff's objections are merely a 17-page personal attack on the Magistrate Judge, peppered with a few random statements demonstrating the Plaintiff's total lack of understanding of the law and facts of his case. See, e.g., Nolin v. Isbell, 207 F.3d 1253 (11th Cir. 2000). The Court will therefore overrule the Plaintiff's highly inappropriate and unnecessarily inflammatory objections.

Accordingly, upon due consideration and an independent review of the record in this case, it is hereby ORDERED and ADJUDGED that:

(1)   The Report and Recommendation of the Magistrate Judge (Doc. 32) is adopted, confirmed, and made a part hereof;

(2)   The *pro se* Plaintiff's Motion for Summary Judgment (Doc. 8) is DENIED;

(3)   The Defendant's Cross-Motion for Summary Judgment (Doc. 12) and Supplemental Motion for Summary Judgment (Doc. 26) are GRANTED;

(4)   The Plaintiff's Objections (Doc. 34) are OVERRULED; and

(5)   The Clerk is directed to enter judgment accordingly, terminate all pending motions, and close the file.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 28th day of June, 2006.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
　　　　　　Jeffrey A. Bryan, *pro se*